FILED
2018 Oct-02  PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EMILY KINNELL, | )<br>)<br>) |
| Plaintiff, | )<br>) **Case No.: 2:18-CV-01425-AKK** |
| v. | )<br>) |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | )<br>)<br>) |
| Defendant. | )<br>) |

### NOTICE OF SETTLEMENT

Plaintiff, EMILY KINNELL, ("Plaintiff"), through her attorney, Walker McMullan, Attorneys, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  October 2, 2018

                        Respectfully submitted,
                        WALKER MCMULLAN, ATTORNEYS

                   By: /s/ M. Brandon Walker
                        **M. Brandon Walker**
                        Walker McMullan, Attorneys
                        242 West Valley Avenue, Suite 312
                        Birmingham, AL 35209
                        Tel: 205-417-2541
                        brandon@walkermcmullan.com
                        Attorney for Plaintiff

\

## **CERTIFICATE OF SERVICE**

On October 2, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian S. Tretter, at btretter@choicehomewarranty.com.

By: /s/ M. Brandon Walker
M. Brandon Walker
