## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EMILY KINNELL, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) **Case No.: 2:18-CV-01425-AKK** |
| v. | ) <br> ) |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, EMILY KINNELL, ("Plaintiff"), through her attorney, M. Brandon Walker, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY.

DATED: November 16, 2018

                                                             Respectfully submitted,
                                                             WALKER MCMULLAN, ATTORNEYS

                             By: /s/ M. Brandon Walker
                                          **M. Brandon Walker**
                                          Walker McMullan, Attorneys
                                          242 West Valley Avenue, Suite 312
                                          Birmingham, AL 35209
                                          Tel: 205-417-2541
                                          brandon@walkermcmullan.com
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On November 16, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By: /s/ M. Brandon Walker
M. Brandon Walker