FILED
2018 Nov-21  AM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **EMILY KINNELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:18-cv-01425-AKK** |
| **CHW GROUP, INC. d/b/a CHOICE** ) | |
| **HOME WARRANTY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Consistent with the Plaintiff's Notice of Voluntary Dismissal, doc. 5, this case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this file. Each party to bear her or its own costs.

**DONE** the 21st day of November, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE